IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: June 13, 2013 |
| Court Reporter: Gwen Daniel | Probation: Justine Kozak |

_____

Criminal Action No. 13-cr-00031-WJM         <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Anna K. Edgar

    Plaintiff,

v.

MARGARITO CAZARES-SOTO,                     Matthew Golla
a/k/a Margarito Gazares-Soto
a/k/a Margarito Soto,

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

11:48 a.m.   Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Ms. Edgar

Sentencing Statement by Mr. Golla

1

The Court addresses the Defendant's Motion for Downward Departure or Variance from the Advisory Sentencing Guidelines (ECF No. 18)

Argument by Ms. Edgar

Argument by Mr. Golla

Defendant's Allocution

**ORDERED:** **The Defendant's Motion for Downward Departure or Variance from the Advisory Sentencing Guidelines (ECF No. 18) is GRANTED to the extent that it seeks a downward variance of one level to a total Offense Level of 9, which results in a guideline sentencing range of 12 to18 months. The request for a variant sentence below this guideline sentencing range is DENIED.**

> Defendant plead guilty to Count One of the Indictment on March 18, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Margarito Cazares Soto, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give the defendant full credit for his time served in pretrial detention.**

**No period of supervised release shall be imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

**The Court waives the mandatory drug testing provisions of § 3563(a)(5), because it is likely that the defendant will be removed from this country.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**The Defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

12:12 p.m.    Court in Recess
              Hearing concluded
              Time: 24 minutes